| | |
|---|---|
| 1 | CARRIE E. HURTIK, ESQ. |
| | Nevada Bar No. 7028 |
| 2 | LINDA L. LAY, ESQ. |
| | Nevada Bar No. 12990 |
| 3 | HURTIK LAW & ASSOCIATES |
| | 6767 West Tropicana Avenue, Suite 200 |
| 4 | Las Vegas, Nevada 89103 |
| | (702) 966-5200 Telephone |
| 5 | (702) 966-5206 Facsimile |
| | Attorneys for Plaintiff, |
| 6 | MELISSA IONESCU |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELISSA IONESCU, an individual,

      Plaintiff,

vs.

BOSTON SCIENTIFIC CORPORATION; JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; ETHICON, INC.; ETHICON LLC; DOES 1-10 and ROE ENTITIES 11-20,

      Defendants.

Case No.: 2:19-CV-00801-APG-NJK

**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT, BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS**

      Come now, Plaintiff, Melissa Ionescu ("Plaintiff"), by and through her counsel of record, Carrie Hurtik, Esq. of the law firm Hurtik Law & Associates; and Defendant, Boston Scientific Corporation, by and through its counsel of record, Howard J. Russell, Esq. and Josephine E. Groh, Esq. of the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and hereby submit the following Stipulation and Order for Extension of Deadline for Plaintiff to file an Opposition to Defendant, Boston Scientific Corporation's Motion to Dismiss.

      Boston Scientific Corporation filed its Notice of Removal on May 8, 2019, a Certificate of Service of Court Minutes on May 9, 2019 and its Motion to Dismiss on May 15, 2019. The current deadline for Plaintiff to file her Opposition to the Motion to Dismiss is May 27, 2019. The Parties have stipulated that Plaintiff will have until June 7, 2019 to file an Opposition to the Motion to Dismiss.

1

There is good cause to allow Plaintiff to file the Opposition by June 7, 2019 as it is the first request for any type of extension and it would not be prejudicial to any of the Parties.

Dated: May 29, 2019                                      Dated: May 29, 2019

**HURTIK LAW & ASSOCIATES**                              **WEINBERG, WHELLER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Linda L. Lay*                                       */s/ Howard J. Russell*
_____                          _____
**CARRIE E. HURTIK, ESQ.**                               **HOWARD J. RUSSELL, ESQ.**
**LINDA L. LAY, ESQ.**                                   **JOSEPHINE E. GROH, ESQ.**
6767 West Tropicana Avenue, Suite 200                    6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89103                                  Las Vegas, NV 89119
(702) 966-5200 Telephone                                 Attorneys for Defendant, BOSTON SCIENTIFIC
(702) 966-5206 Facsimile                                 CORPORATION
Attorneys for Plaintiff,
MELISSA IONESCU

## ORDER

Based upon the Stipulation by the Parties hereto, and good cause appearing, it is hereby Ordered that Plaintiff, Melissa Ionescu, shall have until Friday, June 7, 2019, to respond to Defendant, BOSTON SCIENTIFIC CORPORATION's Motion to Dismiss Plaintiff's Complaint (ECF No. 5).

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 30, 2019.

2