| | |
|---|---|
| 1 | CARRIE E. HURTIK, ESQ. |
| | Nevada Bar No. 7028 |
| 2 | LINDA L. LAY, ESQ. |
| | Nevada Bar No. 12990 |
| 3 | HURTIK LAW & ASSOCIATES |
| | 6767 West Tropicana Avenue, Suite 200 |
| 4 | Las Vegas, Nevada 89103 |
| | (702) 966-5200 Telephone |
| 5 | (702) 966-5206 Facsimile |
| | Attorneys for Plaintiff, |
| 6 | MELISSA IONESCU |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MELISSA IONESCU, an individual,

      Plaintiff,

vs.

BOSTON SCIENTIFIC CORPORATION; JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; ETHICON, INC.; ETHICON LLC; DOES 1-10 and ROE ENTITIES 11-20,

      Defendants.

Case No.: 2:19-CV-00801

**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT, BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS (SECOND REQUEST)**

Come now, Plaintiff, Melissa Ionescu ("Plaintiff"), by and through her counsel of record, Carrie Hurtik, Esq. of the law firm Hurtik Law & Associates; and Defendant, Boston Scientific Corporation, by and through its counsel of record, Howard J. Russell, Esq. and Josephine E. Groh, Esq. of the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and hereby submit the following Stipulation and Order for Extension of Deadline for Plaintiff to file an Opposition to Defendant, Boston Scientific Corporation's Motion to Dismiss (Second Request).

Boston Scientific Corporation filed its Motion to Dismiss on May 15, 2019. The current deadline for Plaintiff to file her Opposition to the Motion to Dismiss is May 27, 2019. The Parties had stipulated that Plaintiff will have until June 7, 2019 to file an Opposition to the Motion to Dismiss but due to a personal matter on the part of Plaintiff's counsel, the Parties have stipulated to allow Plaintiff to file the Opposition to the Motion to Dismiss on June 12, 2019. There is good cause to allow Plaintiff to

1

file the Opposition by June 12, 2019 which would be the second request of any type of extension and it would not be prejudicial to any of the Parties.

Dated: June 7, 2019                                              Dated: June 7, 2019

**HURTIK LAW & ASSOCIATES**                       **WEINBERG, WHELLER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Linda L. Lay*                                               */s/ Howard J. Russell*
_____                  _____
**CARRIE E. HURTIK, ESQ.**                               **HOWARD J. RUSSELL, ESQ.**
**LINDA L. LAY, ESQ.**                                       **JOSEPHINE E. GROH, ESQ.**
6767 West Tropicana Avenue, Suite 200      6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89103                              Las Vegas, NV 89119
(702) 966-5200 Telephone                             Attorneys for Defendant, BOSTON SCIENTIFIC
(702) 966-5206 Facsimile                                CORPORATION
Attorneys for Plaintiff,
MELISSA IONESCU

## **ORDER**

Based upon the Stipulation by the Parties hereto, and good cause appearing, it is hereby Ordered that Plaintiff, Melissa Ionescu, shall have until Wednesday, June 12, 2019, to respond to Defendant, BOSTON SCIENTIFIC CORPORATION's Motion to Dismiss Plaintiff's Complaint (ECF No. 5).

**IT IS SO ORDERED**

Dated June 10, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE