CARRIE E. HURTIK, ESQ.
Nevada Bar No. 7028
LINDA L. LAY, ESQ.
Nevada Bar No. 12990
HURTIK LAW & ASSOCIATES
6767 West Tropicana Avenue, Suite 200
Las Vegas, Nevada 89103
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
Attorneys for Plaintiff,
MELISSA IONESCU

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA IONESCU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION; JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; ETHICON, INC.; ETHICON LLC; DOES 1-10 and ROE ENTITIES 11-20,<br><br>Defendants. | Case No.: 2:19-CV-00801-APG-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE AN OPPOSITION TO DEFENDANT, BOSTON SCIENTIFIC CORPORATION'S MOTION TO DISMISS**<br>**(THIRD REQUEST)** |

Come now, Plaintiff, Melissa Ionescu ("Plaintiff"), by and through her counsel of record, Carrie Hurtik, Esq. of the law firm Hurtik Law & Associates; and Defendant, Boston Scientific Corporation, by and through its counsel of record, Howard J. Russell, Esq. and Josephine E. Groh, Esq. of the law firm Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and hereby submit the following Stipulation and Order for Extension of Deadline for Plaintiff to file an Opposition to Defendant, Boston Scientific Corporation's Motion to Dismiss (Third Request).

Boston Scientific Corporation filed its Motion to Dismiss on May 15, 2019. The current deadline for Plaintiff to file her Opposition to the Motion to Dismiss is June 12, 2019. The Parties had stipulated that Plaintiff will have until June 12, 2019 to file an Opposition to the Motion to Dismiss as counsel's father was in the hospital and there has not been enough turnaround time to allow review and for the client to approve of the same. The Parties have stipulated to allow Plaintiff to file the Opposition

1

to the Motion to Dismiss on June 17, 2019. There is good cause to allow Plaintiff to file the Opposition by June 17, 2019 which would be the third request of any type of extension and it would not be prejudicial to any of the Parties.

Dated: June 12, 2019          Dated: June 12, 2019

**HURTIK LAW & ASSOCIATES**      **WEINBERG, WHELLER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Linda L. Lay*          */s/ Howard J. Russell*

**CARRIE E. HURTIK, ESQ.**      **HOWARD J. RUSSELL, ESQ.**
**LINDA L. LAY, ESQ.**      **JOSEPHINE E. GROH, ESQ.**
6767 West Tropicana Avenue, Suite 200      6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada 89103      Las Vegas, NV 89119
(702) 966-5200 Telephone      Attorneys for Defendant, BOSTON SCIENTIFIC CORPORATION
(702) 966-5206 Facsimile
Attorneys for Plaintiff,
MELISSA IONESCU

## **ORDER**

Based upon the Stipulation by the Parties hereto, and good cause appearing, it is hereby Ordered that Plaintiff, Melissa Ionescu, shall have until Wednesday, June 17, 2019, to respond to Defendant, BOSTON SCIENTIFIC CORPORATION's Motion to Dismiss Plaintiff's Complaint (ECF No. 5).

**IT IS SO ORDERED**

Dated: June 13, 2019.

_____
UNITED STATES DISTRICT COURT JUDGE