UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA IONESCU,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>BOSTON SCIENTIFIC CORPORATION, et al.,<br><br>　　　Defendant(s). | Case No.: 2:19-cv-00801-APG-NJK<br><br>**Order**<br><br>[Docket No. 30] |

Pending before the Court is Plaintiff's motion to extend time to serve Defendant Ethicon, LLC. Docket No. 30.

Federal Rule of Civil Procedure 4 provides,

> (m) *Time Limit for Service*. If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision (m) does not apply to service in a foreign country under Rule 4(f), 4(h)(2), or 4(j)(1); or to service of a notice under Rule 71.1(d)(3)(A).

. . .

. . .

. . .

. . .

. . .

1

The Court's discretion to extend time for service is broad. *In re Sheehan*, 253 F.3d 507, 513 (9th Cir. 2001). For good cause shown, Plaintiff's motion to extend time to serve Defendant Ethicon, LLC, Docket No. 30, is **GRANTED**. Plaintiff shall file its proof of service no later than August 20, 2019.

IT IS SO ORDERED.

Dated: August 16, 2019

_____
Nancy J. Koppe
United States Magistrate Judge