1  CARRIE E. HURTIK, ESQ.
   Nevada Bar No. 7028
2  LINDA L. LAY, ESQ.
   Nevada Bar No. 12990
3  HURTIK LAW & ASSOCIATES
   6767 West Tropicana Avenue, Suite 200
4  Las Vegas, Nevada 89103
   (702) 966-5200 Telephone
5  (702) 966-5206 Facsimile
   Attorneys for Plaintiff,
6  MELISSA IONESCU

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF NEVADA**

9  MELISSA IONESCU, an individual,

10  Plaintiff,

11  vs.  Case No.:  2:19-CV-00801

12  BOSTON SCIENTIFIC CORPORATION;  **JOINT STATUS REPORT**
    JOHNSON & JOHNSON; JOHNSON &
13  JOHNSON HEALTH CARE SYSTEMS, INC.;
    ETHICON, INC.; ETHICON LLC;DOES 1-10
14  and ROE ENTITIES 11-20,

15  Defendants.

16

17  Come now, Plaintiff, Melissa Ionescu ("Plaintiff"), by and through her counsel of record, Carrie

18  Hurtik, Esq. of the law firm Hurtik Law & Associates; and Defendant, Boston Scientific Corporation, by

19  and through its counsel of record, Howard J. Russell, Esq. and Josephine E. Groh, Esq. of the law firm

20  Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and hereby submit the following Joint Status Report.

21

22  The parties are in agreement that it is not prudent to file a discovery plan at this time. On August

23  2nd, 2019, Three (3) additional Defendants were served in this matter. Those parties are JOHNSON &

24  JOHNSON, JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., and ETHICON, INC.

25  (Documents 24, 25, & 26). The deadline for these parties to file a responsive pleading is August 23,

26  2019. There is good cause to allow the parties an additional Thirty (30) day extension to file their

27  Proposed Discovery plan. The input from those Defendants regarding the Discovery Plan will be

28

influential and helpful in moving the case forward in an efficient manner and any plan proposed now would likely need to be revised upon the entry of the new Defendants. This is the First request of any type of Discovery extension and it would not be prejudicial to any of the Parties.

Dated: August 15, 2019

**HURTIK LAW & ASSOCIATES**

/s/ Carrie E. Hurtik

**CARRIE E. HURTIK, ESQ.**
**LINDA L. LAY, ESQ.**
6767 West Tropicana Avenue, Suite 200
Las Vegas, Nevada 89103
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
Attorneys for Plaintiff,
MELISSA IONESCU

Dated: August 15, 2019

**WEINBERG, WHELLER, HUDGINS, GUNN & DIAL, LLC**

/s/ Howard J. Russell

**HOWARD J. RUSSELL, ESQ.**
**JOSEPHINE E. GROH, ESQ.**
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89119
Attorneys for Defendant, BOSTON SCIENTIFIC CORPORATION

## ORDER

Based upon the Stipulation by the Parties hereto, and good cause appearing, it is hereby Ordered that the Parties shall have until September 15, 2019, to file a Proposed Discovery Plan.

**IT IS SO ORDERED**

Dated this __16__ day of August, 2019

_____
UNITED STATES MAGISTRATE JUDGE