KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendants Johnson &
Johnson, Johnson & Johnson Health Care
Systems Inc., Ethicon, Inc. and Ethicon,
LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA IONESCU, an individual,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BOSTON SCIENTIFIC CORPORATION, a Delaware corporation; JOHNSON & JOHNSON, a New Jersey corporation; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC., a New Jersey corporation; ETHICON, INC., a New Jersey corporation; ETHICON, LLC, a foreign corporation; and DOES 1-10 and ROE ENTITIES 11-20, inclusive,<br><br>　　　　Defendants. | Case No. 2:19-CV-00801-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR ETHICON, LLC TO RESPOND TO COMPLAINT**<br><br>**(First Request)** |

Defendant Ethicon, LLC and Plaintiff Melissa Ionescu stipulate to extend Ethicon LLC's time to respond to Plaintiff's Complaint from September 4, 2019 until September 11, 2019. This is the first request for an extension of this deadline and is requested because the parties are discussing whether Ethicon, LLC can be voluntarily dismissed.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2412965_1

Page 1 of 2

| | | |
|---|---|---|
| 1 | KAEMPFER CROWELL | HURTIK LAW & ASSOCIATES |
| 2 | | |
| 3 | By _____ | By _____ |
| | Robert McCoy, No. 9121 | Carrie E. Hurtik, No. 9121 |
| 4 | Sihomara L. Graves, No. 13239 | Linda L. Lay, No. 13239 |
| | 1980 Festival Plaza Drive, Suite 650 | 6767 West Tropicana Avenue, Suite 200 |
| 5 | Las Vegas, Nevada 89135 | Las Vegas, Nevada 89103 |
| 6 | Attorneys for Defendants Johnson & Johnson, | Attorneys for Plaintiff, |
| | Johnson & Johnson Health Care Systems Inc., | Melissa Ionescu |
| 7 | Ethicon, Inc. and Ethicon, LLC | |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 5, 2019

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2412965_1

Page 2 of 2