1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

9   MELISSA IONESCU,

10        Plaintiff(s),

11   v.

12   BOSTON SCIENTIFIC CORPORATION, et al,,

13        Defendant(s).

14

Case No.: 2:19-cv-00801-APG-NJK

**ORDER**

(Docket No. 48)

15      Pending before the Court is Defendant Boston Scientific Corporation's motion to substitute

16   attorneys.  Docket No. 48.  The Court **GRANTS** the motion.

17      IT IS SO ORDERED.

18      Dated: September 18, 2019

19

20      _____

        Nancy J. Koppe
        United States Magistrate Judge

21
22
23
24
25
26
27
28

1