CARRIE E. HURTIK, ESQ.
Nevada Bar No. 7028
LINDA L. LAY, ESQ.
Nevada Bar No. 12990
**HURTIK LAW & ASSOCIATES**
6767 West Tropicana Avenue, Suite 200
Las Vegas, Nevada 89103
(702) 966-5200 Telephone
(702) 966-5206 Facsimile
Attorneys for Plaintiff,
MELISSA IONESCU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

MELISSA IONESCU, an individual,

Plaintiff,

vs.

BOSTON SCIENTIFIC CORPORATION; JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; ETHICON, INC.; DOES 1-10 and ROE ENTITIES 11-20,

Defendants.

Case No.: 2:19-CV-00801-APG-NJK

**JOINT NOTICE AND STIPULATED DISMISSAL OF ACTION**

**ORDER**

COMES NOW, Plaintiff, MELISSA IONESCU ("Ionescu"), by and through her counsel of record, HURTIK LAW & ASSOCIATES, and files her Joint Notice and Stipulated Dismissal of Action with Defendants, BOSTON SCIENTIFIC CORPORATION, JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; and ETHICON, INC. This joint stipulation is made and based upon the pleadings and papers filed, the points and authorities herein and any argument that may be permitted.

**JOINT NOTICE AND STIPULATED DISMISSAL OF ACTION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to the above-captioned action, Plaintiff MELISSA IONESCU and Defendants BOSTON SCIENTIFIC CORPORATION, JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; and ETHICON, INC. hereby stipulate to the dismissal of all claims concerning allegations of product defects pelvic floor

1

mesh products. This stipulated dismissal is with prejudice as to Defendant BOSTON SCIENTIFIC CORPORATION. This stipulated dismissal is without prejudice as to Plaintiff MELISSA IONESCU and Defendants JOHNSON & JOHNSON; JOHNSON & JOHNSON HEALTH CARE SYSTEMS, INC.; and ETHICON, INC. Plaintiff and Defendants JOHNSON & JOHNSON; JOHNSON HEALTH CARE SYSTEMS, INC.; and Ethicon, INC. agree that this joint stipulation of dismissal of Ms. Ionescu's complaint (civil action # is 2:19-cv-00801-APG-NJK) does not toll any claim related to Physiomesh or any other Ethicon mesh products.

Plaintiffs and Defendants hereby further stipulate and agree that any remaining dates, including but limited to discovery, hearings and trial dates, be vacated, and that the case be closed.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

Dated This 17th of October, 2019

HURTIK LAW & ASSOCIATES

CARRIE E. HURTIK, ESQ.
LINDA L. LAY, ESQ.
6767 W. Tropicana Ave., Suite 200
Las Vegas, Nevada 89103
(702) 966-5200 Telephone
(702) 966-5206 Fax
Attorneys for Plaintiff,
MELISSA IONESCU

/s/ LeANN SANDERS

LeANN SANDERS
Alverson Taylor & Sanders
6605 Grand Montecito Pkwy., Ste. 200
Las Vegas, Nevada 89149
(702) 384-7000 Telephone
(702) 385-7000 Fax
efile@alversontaylor.com
Attorneys for Defendant Boston Scientific

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 17, 2019.

2

| | |
|---|---|
| */s/ Sihomara L. Graves*<br>Robert R. McCoy<br>Kaempfer Crowell<br>1980 Festival Plaza Dr., Ste. 650<br>Las Vegas, Nevada 89135<br>(702) 792-7000 Telephone<br>(702) 796-7181 Fax<br>rmccoy@kcnvlaw.com<br>**SIHOMARA L. GRAVES, ESQ.**<br>Keampfer Crowell<br>50 West Liberty St. Ste. 700<br>Reno, Nevada 89501<br>(775) 393-1786 Telephone<br>(775) 327-2011 Fax<br>SGraves@kcnvlaw.com<br>Attorneys for Defendants Ethicon, Inc.;<br>Johnson and Johnson and Johnson Health Care Systems, Inc. | */s/*<br>MICHAEL JAEGER, ESQ.<br>TARIFA BELLE LADDON, ESQ.<br>11766 Wilshire Boulevard Ste. 750<br>Los Angeles, CA 90025<br>(310) 500-2090 Telephone<br>(310) 500-2091 Fax<br>michael.jager@faegrebd.com<br>tarifa.laddon@faegreBD.com<br>Attorneys for Defendant Boston Scientific |